AO 94
(10/82)

**COMMITMENT TO ANOTHER DISTRICT**
(Rule 40, Federal Rules of Criminal Procedure)

**United States District Court**

DISTRICT: Eastern District of California

UNITED STATES OF AMERICA
v.
Krista Bauer

DOCKET NO.: 1:07-MJ-268 DLB

MAGISTRATE CASE NO.:

CHARGES AGAINST THE DEFENDANT ARE FILED BASED UPON AN
☐ indictment   ☐ information   ☒ complaint   ☐ Other (specify)

charging a violation of _____ U.S.C. § _____

DISTRICT OF OFFENSE: Western District of Washington, Seattle
DATE OF OFFENSE: 8-25-07

DESCRIPTION OF CHARGES:

49 USC 46504 — Interference with a flight crew member

**FILED**
NOV 16 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

BOND IS FIXED AT
$ ORDER DETAINED                    Eastern District of California
                                    DISTRICT

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

11/16/07 /Date

DENNIS L. BECK, U.S. Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |