Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Krista Bauer |
| **Docket Number:** | 1:10CR00250 OWW |
| **Offender Address:** | Hanford, Caliofornia |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>Senior United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | May 16, 2008 |
| **Original Offense:** | 49 USC 46504, Interference With a Flight Crew Member (CLASS C FELONY) |
| **Original Sentence:** | Credit for time Served, 3 years TSR, $100 SA. |
| **Special Conditions:** | 1) Drug and Alcohol treatment, 2) Drug and Alcohol testing, 3) Abstain from Alcohol, 4) Search and Seizure, 5) Mental Health treatment, 6) Residential Reentry Program, 7) 200 hours of community service, 8) Financial Information access, 9) Apology letter to victim. |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 05/16/2008; 11/14/2008; 12/04/2009 |
| **Assistant U.S. Attorney:** | Mark E. Cullers          **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Mark Ament          **Telephone:** (559) 487-5561 |
| **Other Court Action:** | |
| **11/14/2008**: | **Supervision Revoked:** Offender admitted a violation for Consuming Alcohol and/or other Intoxicants. Offender |

**RE:**   **Krista Bauer**
**Docket Number:  1:10CR00250 OWW**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

sentenced to time served, 3 years supervised release, $100 SA.

**Special Conditions:**   1) Not enter an establishment where alcohol is primary commodity sold,  2) Search, 3) Substance abuse treatment and testing, 4) Mental health counseling,  5) No gambling, 6) Attend Gambler's Anonymous, 7) Participate in residential reentry program for up to 120 days, 8) Access to financial information, 9) No additional lines of credit.

**04/23/2009**:    **Supervision Revoked:** Offender admitted violation for: 1) Failing to Report to the Probation Office for drug testing,  2) Consuming alcohol and/or other intoxicants, 3) Failing to Notify the Probation Office within 72 hours of being arrested and 4) Using marijuana.  Sentenced to 8 months BOP, 26 months TSR, and $100 SA.

**Special Conditions:** 1) Not enter an establishment where alcohol is primary commodity sold, 2) Search, 3)Substance abuse treatment and testing, 4) Mental health counseling,  5) No gambling, 6) Attend Gambler's Anonymous,         7) Participate in residential reentry program for up to 120 days, 8) Access to financial information, 9) No additional lines of credit, 10) Participate in a substance abuse treatment program for a period of 120 days.

**12/04/2009:**    Released from BOP, supervision commenced.

**RE:    Krista Bauer**
**Docket Number:  1:10CR00250 OWW**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

### PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

The defendant shall reside and participate in the Residential Reentry Center (RRC), Turning Point, in California, for a period up to 180 days; said placement shall commence at the direction of the probation officer, pursuant to 18 USC 3563(b)(11). The defendant shall pay the cost of confinement as determined by the Bureau of Prisons.

As directed by the probation officer, the defendant shall participate in a residential correctional treatment program to obtain assistance for drug or alcohol abuse.

**Justification:**  The offender re-commenced supervision on December 4, 2009.  Immediately, the offender entered the residential program New Life for Girls, in Fresno.  She attended the program for 8 months and successfully completed the program in August of 2010.  On January 7, 2011, she admitted to using methamphetamine on January 3, 2011, January 4, 2011, and January 5, 2011, and to using morphine on January 6, 2011.  At this time, the probation officer believes that a placement at the RRC will be the best program given that she is in imminent danger of being addicted.  During her placement, the offender will participate in drug/alcohol and mental health groups, in addition to employment skills and job seeking.

The defendant signed Probation Form 49 agreeing to the modification.  She is aware that further violation will result in a more restrictive recommendation from the probation officer.

**RE:**     **Krista Bauer**
        **Docket Number:  1:10CR00250 OWW**
        **PETITION TO MODIFY THE CONDITIONS OR TERM**
        **OF SUPERVISION WITH CONSENT OF THE OFFENDER**


Respectfully submitted,


/s/Yasmin Villegas
**YASMIN VILLEGAS**
**United States Probation Officer**
Telephone:  (559) 734-2933

**DATED:**     January 11, 2011
               Visalia, California
               YV


**REVIEWED BY:**     /s/Ben Blankenship
                         **BEN J. BLANKENSHIP**
                         **Senior United States Probation Officer**

---

**THE COURT ORDERS:**

( x )     Modification approved as recommended.

(  )     Modification not approved at this time.  Probation Officer to contact Court.

(  )     Other:

 IT IS SO ORDERED.

**Dated:**    **January 11, 2011**                /s/ Oliver W. Wanger
                                              UNITED STATES DISTRICT JUDGE