FILED

MAY 10 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. 1:10-CR-00250 OWW |
| ) | |
| vs. ) | ORDER OF RELEASE |
| ) | |
| KRISTA BAUER, ) | |
| ) | |
| Defendant. ) | |

The above named defendant having been sentenced to custody at the Lujan Treatment Facility on May 2, 2011.

IT IS HEREBY ORDERED that the defendant shall be released to the care and custody of Kathy Grinstead on May 11, 2011 @ 8:00.

A certified Judgment and Commitment order to follow.

DATED: 5-10-11

HONORABLE OLIVER W. WANGER
U.S. DISTRICT JUDGE

12/6/06 ordrelease.form

1